**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61746-CIV-DAMIAN**

**LUCERO ESTRADA HERNANDEZ,**

       Petitioner,

v.

**U.S. CUSTOMS AND BORDER
PROTECTION,** *et al.*,

       Respondents.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the Petitioner's Notice of Voluntary Dismissal [ECF No. 4], filed on July 2, 2026. Petitioner agrees to voluntarily dismiss the case and the Court notes that the Respondents have not filed an answer or motion for summary judgment. The Court having reviewed the Notice and being fully advised, and per Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED AND ADJUDGED** that the matter is **DISMISSED WITHOUT PREJUDICE**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of July, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**